UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HILL, | No. C 09-5847 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JAMES TILTON, | |
| Respondent. | |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 29, 2010

SUSAN ILLSTON
United States District Judge